AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:38 am, Sep 23, 2019
JEFFREY P. COLWELL, CLERK

United States of America
v.
Cassandra Tippmann

)
)    Case No.   18-50158
)
)    19-mj-00215-KLM
)
)

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Cassandra Tippmann
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
False Statement During Purchase of a Firearm (18 U.S.C. §§ 922(a)(6) and 924(a)(2))

Date:  3/1/19

_Issuing officer's signature_

_Printed name and title_

City and state:  Rapid City, SD

| Return | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. | |
| Date: _____ | _Arresting officer's signature_ |
| | _Printed name and title_ |

cc: USM in RC

FILED

DEC 18 2018

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASSANDRA TIPPMANN,

    Defendant.

CR 5:18-CR-50158

REDACTED INDICTMENT

False Statement During Purchase of a Firearm
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

On or about July 20, 2018, at Spearfish, in the District of South Dakota, the defendant, Cassandra Tippmann, in connection with the attempted acquisition of a firearm, that is, a Smith & Wesson .40 Shield pistol, bearing serial number HUV0428, from Alpha Title and Pawn LLC, a federally licensed firearms dealer, located at 414 Main Street, Spearfish, South Dakota 57783, knowingly made a false and fictitious written statement on ATF form 4473, to Alpha Title and Pawn LLC, which statement was intended and likely to deceive Alpha Title and Pawn LLC as to a fact material to the lawfulness of such acquisition of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant, Cassandra Tippman, falsely indicated as follows:

1) that she was not under indictment or information in any court of a felony, or any other crime for which the judge could have imprisoned her for more than one year, when in fact and in truth, as she then well knew, the defendant, Cassandra Tippman, was

under felony indictment for just such an offense, namely, Possession of a Controlled Substance and Possession of a Firearm with an Altered Serial Number, in the Fourth Judicial Circuit Court, Lawrence County, South Dakota; and

2) that she was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact and in truth, as she then well knew, she was a user of and addicted to controlled substances, including methamphetamine, heroin, and marijuana;

all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____